5th Cir. Petition for writ of certiorari dismissed as moot.

No. — – ——. SMITH *v.* TRANSWORLD DRILLING COMPANY VESSEL. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–749. TREADWELL FORD, INC. *v.* CAMPBELL ET. AL. Sup. Ct. Ala. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied. JUSTICE BLACKMUN would deny this application as moot.

No. D–519. IN RE DISBARMENT OF DAVIS. Disbarment entered. [For earlier order herein, see 474 U. S. 896.]

No. 85–494. CALIFORNIA FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* GUERRA, DIRECTOR, DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, ET AL. C. A. 9th Cir. [Certiorari granted, 474 U. S. 1049.] Motion of American Civil Liberties Union et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 85–495. ANSONIA BOARD OF EDUCATION ET AL. *v.* PHILBROOK ET AL. C. A. 2d Cir. [Certiorari granted, 474 U. S. 1080.] Motion of respondent Ansonia Federation of Teachers for divided argument and for additional time for oral argument denied.

No. 85–767. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION ET AL. *v.* CREST STREET COMMUNITY COUNCIL, INC., ET AL. C. A. 4th Cir. [Certiorari granted, 474 U. S. 1049.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–6491. IN RE PALLETT. Petition for writ of habeas corpus denied.

No. 85–6304. IN RE PARKER;
No. 85–6396. IN RE WOLLAK;
No. 85–6488. IN RE HEGWOOD; and
No. 85–6517. IN RE FRAZIER. Petitions for writs of mandamus denied.